IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lukner Rene,<br><br>　　　　　Petitioner,<br><br>v.<br><br>M. Gutierrez,<br><br>　　　　　Respondent. | No. CV-23-00214-TUC-SHR<br><br>**Order Accepting R&R** |

On October 17, 2023, Magistrate Judge Bruce G. Macdonald issued a Report and Recommendation ("R&R") in which he recommended the Court deny the 28 U.S.C. § 2241 Petition because Petitioner failed to demonstrate the alleged lack of notice of incident reports caused him prejudice and there is an "incognizable interest in loss of email privileges." (Doc. 14 at 8–10.) The R&R notified the parties they had fourteen (14) days after being served with a copy of the R&R to file any objections. (*Id.* at 10.) No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (district court only needs to review magistrate judge's findings and recommendations *de novo* if objection is made). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo*

or any other standard." *Thomas*, 474 U.S. at 154.

In this case, the deadline for filing objections has seemingly passed. A copy of the R&R was mailed to Petitioner on October 17, 2023. As noted, no objections have been filed, and neither party has requested additional time to do so despite the warning from Judge Macdonald indicating "[f]ailure to file timely objections to any factual or legal determination of the Magistrate Judge may result in waiver of the right of review." (Doc. 14 at 10.) Therefore, the Court may accept the R&R on that basis alone. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (district court declined to review the magistrate judge's report because no objections were filed). Nonetheless, the Court finds the R&R well-reasoned and agrees with Judge Macdonald's conclusions.

Accordingly,

**IT IS ORDERED** Magistrate Judge Macdonald's Report and Recommendation (Doc. 14) is **ACCEPTED.**

**IT IS FURTHER ORDERED** the Petition (Doc. 1) is **DENIED**.

**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment accordingly and close the file in this case.

Dated this 30th day of November, 2023.

Honorable Scott H. Rash
United States District Judge